UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| IN RE:<br>ANGELO W. BROOKS<br>    Debtor<br>_____<br>FAY SERVICING, LLC, AS SERVICING AGENT FOR PROF-2013-S3 LEGAL TITLE TRUST II, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE<br>    Movant<br>v.<br>ANGELO W. BROOKS<br>    Debtor/Respondent<br>and<br>ROBERT S. THOMAS, II<br>    Trustee/Respondent | Case No. 13-25290-NVA<br><br>Chapter 13 |

### NOTICE OF SECURED CREDITOR'S INTENT
### TO COMMENCE FORECLOSURE PROCEEDINGS

TO THE CLERK:

Upon information provided by Fay Servicing, Llc, As Servicing Agent For PROF-2013-S3 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee , the undersigned counsel, BWW MD, and BWW Law Group, LLC hereby files this notice to advise this Court that the Debtor, Angelo W. Brooks, failed to comply with the terms of the Consent Order (the "Consent Order") related to the property located at 40 Throop Ave, New Brunswick, NJ 08901 (the "Property"), entered on July 27, 2016, requiring cure of the post-petition arrearage.

Specifically, the Debtor did not cure the Notice of Default dated May 16, 2018, which was served on the Debtor as required by the Consent Order. The automatic stay has terminated with respect to the Property pursuant to the terms of the Consent Order. Consequently, the Movant is preparing to conduct a foreclosure sale of the Property pursuant to the terms of the Consent Order and Mortgage and applicable state law.

Respectfully Submitted,

Dated: June 26, 2018

/s/ Daniel Callaghan
Daniel Callaghan, Esq., MD Fed. Bar No. 13901
BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD 20852
301-961-6555
301-961-6545 (facsimile)
bankruptcy@bww-law.com
*Attorney for the Movant*

**CERTIFICATION OF SERVICE**

 I hereby certify that on this 26th day of June, 2018, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Notice of Secured Creditor's Intent to Commence Foreclosure Proceedings will be served electronically by the Court's CM/ECF system on the following:

Robert S. Thomas, II, Trustee

Kim Y Johnson, Attorney

 I hereby further certify that on this 26th day of June, 2018, a copy of the foregoing Notice of Secured Creditor's Intent to Commence Foreclosure Proceedings was also mailed first class mail, postage prepaid, to:

Angelo W. Brooks
1030 Sunnylake Place, Apartment F
Cockeysville, MD 21030-0000

/s/ Daniel Callaghan
Daniel Callaghan, Esq.